```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                              Criminal No. 02-22-JD

Jerome Griffin


PROCEDURAL ORDER

In view of the fact that I have twice reviewed the defendant's request for a sentence reduction and denied the same based on my interpretation of the record, I think it is appropriate that any subsequent review pursuant to the mandate of the court of appeals be conducted by another judge.  Therefore, I recuse myself from further consideration of this matter and this case.

    SO ORDERED.

                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

November 24, 2009

cc:   Andrew M. Gallagher, Esquire
       Richard F. Monteith, Jr., Esquire
       Terry L. Ollila, Esquire
       R. Brian Snow, Esquire
       Lawrence A. Vogelman, Esquire
       Jerome Griffin, pro se